PETER A. GOLDENRING, ESQ., SBN 79387
JAMES E. PROSSER, ESQ., SBN 62445
EDWIN S. CLARK, ESQ., SBN 166532
GOLDENRING & PROSSER
A Professional Law Corporation
6050 Seahawk Street
Ventura, CA 93003-6622
Telephone: (805) 642-6702
Facsimile: (805) 642-3145

ARTHUR FREILICH, ESQ., SBN 32864
FREILICH & ASSOCIATES, P.C.
20555 Devonshire St. #372
Chatsworth, CA 91311
Telephone: (818) 678-6408
Facsimile: (818) 678-6411

Attorneys for Plaintiff,
Ce Soir Lingerie Co., Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CE SOIR LINGERIE CO., INC. a California Corporation,

    Plaintiff,

vs.

MICH & MICH TGR, INC. a Corporation of New York

    Defendants.

CASE NO. CV14-03805-DDP(MRWx)

COMPLAINT FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF UNITED STATES PATENT NO. RE43,766

JURY TRIAL DEMANDED

Plaintiff Ce Soir Lingerie Co., Inc. ("Ce Soir") for its complaint against Mich & Mich TGR, Inc. ("Mich &Mich") alleges as follows:

I.

## PARTIES JURISDICTION, VENUE AND GOVERNING LAW

1. Ce Soir is a California corporation with its principal place of business in Ventura, California.

---

1

2193.12 COMPLAINT FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF UNITED STATES PATENT NO. RE43,766

2. Mich & Mich is, based on information and belief, a New York limited liability company with its principal place of business in, New York.

3. Ce Soir's claim for relief is for declaratory judgment that Ce Soir has not and does not infringe Patent RE43,766, that the Patent is invalid and/or enforceable, and that Ce Soir is entitled to application of the doctrine of equitable intervening rights. Jurisdiction is conferred on this Court by virtue of 28 U.S.C. Section Code 2201 and 2202 (declaratory relief), 28 U.S.C. Section Code 1331 (federal question), and 28 U.S.C. Section Code 1338(a) (any Act of Congress Relating to patents or copyrights). An actual controversy exists between the parties regarding non-infringement and invalidity of Patent RE43,766 because Mich & Mich has accused Ce Soir of infringing the said Patent via letters and demands as more fully described below.

4. Ce Soir is informed and believes that this Court has personal jurisdiction over Mich & Mich because Mich & Mich transacts affairs in this district that form the basis of this suit, and has substantial contacts with California.

5. Ce Soir is informed and believes, and based thereon alleges, that venue is proper in this Judicial District under 28 U.S.C. Section Code 1391(b)-(c) because Mich & Mich transacts affairs in this district and because a substantial part of the events giving rise to the claims asserted occurred in this district.

## II.

## FACTS AND ALLEGATIONS

6. Mich & Mich is, based on information and belief, the owner by assignment of Patent RE43,766, which relates generally to a product that is used to control the straps of a bra.

7. Ce Soir is a manufacturer of lingerie.

8. Ce Soir manufacturers and sells a product entitled Strap Solutions. The Ce Soir product and its general type and purpose is not unique to the market place.

9. On March 22, 2014 counsel for Mich & Mich issued correspondence demanding that Ce Soir cease and desist the marketing and sale of Ce Soir's Strap Solutions

2193.12 COMPLAINT FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF UNITED STATES PATENT NO. RE43,766

product alleging Patent infringement, specifically infringement of U.S. Patent No. RE43,766.

10. Subsequent to the aforesaid correspondence, patent counsel for Ce Soir communicated with counsel for Mich & Mich pointing out the invalidity of the asserted Patent, the inapplicability of the asserted Patent, and the application of the Doctrine of Equitable Intervening Rights.

11. Counsel for Mich & Mich has rejected these positions and assertions and has threatened impeding litigation.

12. Ce Soir is unaware of Mich & Mich TGR, Inc. actually manufacturing anything related to Patent RE43,766 and investigation has indicated no such manufacturing or sales. Ce Soir therefore reasonably believes that Mich & Mich may in fact be what is commonly referred to as a "Patent troll" seeking to obtain money through threats of litigation or the filing of litigation in inconvenient and far distant venues from *inter alia* Ce Soir which is located in Ventura, California.

## FIRST CLAIM FOR RELIEF

### Declaratory Judgment of Non-Infringement of U.S. Patent No. RE43,766

13. Plaintiff repeats, re-alleges and incorporate by reference each of the allegations contained in the paragraphs 1-12 as though fully set forth herein.

14. Mich & Mich is, based on information and belief, the owner by assignment of the RE43,766 Patent, which relates generally to holding straps of a bra in place. The Patent RE43,766 was re-issued on or about October 23, 2012.

15. A real and justiciable controversy now exists between Ce Soir and Mich & Mich based on the Mich & Mich allegation in letters and communications asserting that the Ce Soir product infringes the RE43,766 re-issued Patent.

16. Ce Soir has not and does not, directly or indirectly, literally or under the doctrine of equivalents, infringe any valid, enforceable claim of the RE43,766 Patent.

17. A judgment should be entered declaring that Ce Soir does not infringe on the RE43,766 Patent.

## SECOND CLAIM FOR RELIEF

### Declaratory Judgment of Invalidity of U.S. Patent No. RE43,766

18. Plaintiff repeats, re-alleges and incorporates by reference each of the allegations contained in the paragraphs 1-17 as though fully set forth herein.

19. The claims of the Patent RE43,766 are invalid and/or unenforceable for failure to satisfy one or more of the requirements of Title 35 of the United States Code, including without limitation 35 U.S.C. Sections 102, 103 and 112.

20. A real and justiciable controversy now exists between Ce Soir and Mich & Mich concerning the alleged validity of the Patent RE43,766.

21. A judgment should be made declaring that the claims of Patent RE43,766 are invalid pursuant to 35 U.S.C. Sections 102, 103, and 112.

## THIRD CLAIM FOR RELIEF

### Doctrine of Equitable Intervening Rights U.S. Patent No. RE43,766

22. Plaintiff repeats, re-alleges and incorporates by reference each of the allegations contained in the paragraphs 1-21 as though fully set forth herein.

23. Patent RE43,766 is a "reissued" Patent.

24. Prior to re-issuance, Ce Soir was manufacturing and selling its product alleged to infringe on the reissued Patent. As such, Ce Soir is entitled to application of the Doctrine of Equitable Intervening Rights, including without limitation a declaration of entitlement to the continued practice of any process allegedly patented by the reissue which is practiced, or for which to practice of which substantial preparation was made, before the grant of the reissue.

**WHEREFORE,** Plaintiff prays that this Court grant the following relief:

1. A declaratory judgment that Ce Soir does not infringe Patent RE43,766;

2. A declaratory judgment that Patent RE43,766 is invalid and/or unenforceable;

3. Irrespective of the validity or invalidity of Patent RE43,766, Ce Soir is entitled to protection of the "doctrine of equitable intervening rights" and thereby entitled to continue the practice of the manufacture and sale of its product by virtue of the fact that the

Ce Soir product was sold and manufactured before the grant of the reissue;

4. Costs of suit;

5. An award of attorneys fees and cost; and

6. Such further and additional relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Ce Soir, under Rule 38 of the Federal Rules of Civil Procedure, request a trial by jury of any issues so triable by right.

DATED: May 16, 2014

Respectfully submitted,

GOLDENRING & PROSSER
A Professional Law Corporation

By: _____
PETER A. GOLDENRING, ESQ.

DATED: May 16, 2014

FREILICH & ASSOCIATES, P.C.

By: _____
ARTHUR FREILICH, ESQ.

ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| CE SOIR LINGERIE CO., INC. a California Corporation<br><br>*Plaintiff(s)*<br>v.<br>MICH & MICH TGR, INC. a Corporation of New York<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>) CV14-03805 - DDP(MRWx)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MICH & MICH TGR, INC. a Corporation of New York

**BY FAX**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Peter A. Goldenring, Esq.
GOLDENRING & PROSSER, APLC, 6050 Seahawk Street, Ventura, CA 93003
AND
Arthur Freilich, Esq.
FREILICH & ASSOCIATES, PC, 2055 Devonshire Street, Suite 372, Chatsworth, CA 91311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 5/16/2014

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

1202

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

Ce Soir Lingerie Co., Inc. a California Corporation

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

Mich & Mich TGR, Inc. a Corporation of New York

**(b) County of Residence of First Listed Plaintiff** Ventura
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant** New York
(IN U.S. PLAINTIFF CASES ONLY)

**(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.
Peter A. Goldenring, Esq. SBN 79387/GOLDENRING & PROSSER, A PLC
6050 Seahawk Street, Ventura, CA 93003-6622
Telephone (805) 642-6702
(Cont. on "Attachment 1.(c)" ATTACHED HERETO)

**Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☒ 3. Federal Question (U.S. Government Not a Party)
☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**—For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No      ☐ **MONEY DEMANDED IN COMPLAINT:** $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
DECLARATORY RELIEF, VALIDITY OF PATENT

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☒ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accommodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number:

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court? ☐ Yes ☒ No | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action? ☐ Yes ☒ No | If the United States, or one of its agencies or employees, is a party, is it a: | | INITIAL DIVISION IN CACD |
|---|---|---|---|
| | PLAINTIFF Then check the box below for the county in which the majority of DEFENDANTS reside. | DEFENDANT Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Los Angeles | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? (Make only one selection per row) | A. Los Angeles County | B. Ventura, Santa Barbara, or San Luis Obispo Counties | C. Orange County | D. Riverside or San Bernardino Counties | E. Outside the Central District of California | F. Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| Indicate the location in which a majority of claims arose: | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| C.1. Is either of the following true? If so, check the one that applies: | C.2. Is either of the following true? If so, check the one that applies: |
|---|---|
| ☐ 2 or more answers in Column C | ☐ 2 or more answers in Column D |
| ☐ only 1 answer in Column C and no answers in Column D | ☐ only 1 answer in Column D and no answers in Column C |
| Your case will initially be assigned to the SOUTHERN DIVISION. Enter "Southern" in response to Question D, below. | Your case will initially be assigned to the EASTERN DIVISION. Enter "Eastern" in response to Question D, below. |
| If none applies, answer question C2 to the right. ➡ | If none applies, go to the box below. ⬇ |

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | WESTERN |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):** _____   DATE: MAY 16, 2014

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, Include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

Attachment 1.(c) to Civil Cover Sheet
*Ce Soir Lingerie Co., Inc. v. Mich & Mich TRG, Inc.*

1.(c) Attorneys: (Cont.)

ARTHUR FREILICH, ESQ., SBN 32864
FREILICH & ASSOCIATES, P.C.
20555 Devonshire St. #372
Chatsworth, CA 91311
Telephone: (818) 678-6408